UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and GREG WARRICK, for himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; and INTEGRITY BANK & TRUST; DUFF & PHELPS, LLC,<br><br>        Defendants. | Misc. Case No.<br><br>Pending in Civil Action Case No. 3:16-cv-00580-AC, in the United States District Court for the District of Oregon<br><br>Oral Argument Requested |

**DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY FIELDSTONE FINANCIAL MANAGEMENT GROUP, LLC TO COMPLY WITH SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45 and Local Rules 26 and 37.1, Defendant Deloitte & Touche LLP ("Deloitte") respectfully moves the Court for an order compelling Fieldstone Financial Management Group, LLC ("Fieldstone") to produce documents responsive to Request Nos. 1-19 of Deloitte's Subpoena Duces Tecum (the "Subpoena"). Deloitte issued the Subpoena as a defendant in a putative class action pending in the United States District Court for the District of Oregon before the Honorable John V. Acosta, *Ciuffitelli v. Deloitte & Touche LLP*, No. 1:16-cv-00580-AC. Deloitte brings its Motion before this Court because this is the

judicial district in which Fieldstone was required to comply with the Subpoena.  *See* Fed. R. Civ. P. 45(d)(2)(B)(i).

In support of this Motion, Deloitte relies upon the memorandum of law in support of this Motion, the declaration of Eric Chen and attached exhibits, submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant requests oral argument on its Motion to Compel Non-Party Fieldstone Financial Management Group, LLC to Comply with Subpoena.

Dated:  March 11, 2019                    Respectfully submitted,

DELOITTE & TOUCHE LLP

By its attorney,

/s/ *William J. Trach*
William J. Trach, BBO# 661401
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 948-6000
Facsimile:  (617) 948-6001
william.trach@lw.com

Attorney for DELOITTE & TOUCHE LLP

## LOCAL RULE CERTIFICATE OF CONSULTATION

Undersigned counsel certifies, consistent with his obligations under Rules 7.1(a)(2), 26.2(c), and 37.1(a) of the Rules of Practice of the U.S. District Court for the District of Massachusetts, that counsel for Deloitte has conferred and attempted in good faith to narrow and resolve the issues presented in this Motion with counsel for Fieldstone.

/s/ *William J. Trach*
William J. Trach

## CERTIFICATE OF SERVICE

On this 11th day of March, 2019, I directed a true copy of the above document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the Court's CM/ECF system, and I caused a copy of this Motion to be sent by email to counsel for Fieldstone and all parties in the underlying litigation at the addresses below:

THE FERRANTI FIRM LLC

William P. Ferranti,
1819 SW 5th Avenue, Suite 403
Portland, OR 97201
Telephone: (503) 877-9220
Email: wpf@ferrantiappeals.com

-And –

Linda T. Coberly
Joanna Rubin Travalini
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:(312) 558-5600
Email: lcoberly@winston.com
        jtravalini@winston.com

Attorneys for Defendant EisnerAmper LLP

STARK & STARK

Benjamin E. Widener
939 Lenox Drive
Lawrence, NJ 08648-2389
Telephone:  (609) 895-7358
Email:  bwidener@stark-stark.com

Attorneys for Non-Party Fieldstone Financial Management Group, LLC

HARRANG LONG GARY RUDNICK P.C.

William F. Gary
william.f.gary@harrang.com
Sharon A. Rudnick,
sharon.rudnick@harrang.com
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273
 Telephone:(541) 485-0220

-And –

Michael S. Pullos,
mpullos@winston.com
Stephen V. D'Amore,
sdamore@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:  (312) 558-6468

Attorneys for Defendant Duff & Phelps, LLC

HART WAGNER, LLP

Matthew J. Kalmanson
mjk@hartwagner.com
Lindsay Howk Duncan,
lhd@hartwagner.com
 1000 SW Broadway, Twentieth Floor
Portland, OR 97205
Telephone: (503) 222-4499

-And –

Bruce M. Bettigole
brucebettigole@eversheds-sutherland.com
Nicholas Christakos,
nicholaschristakos@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US), LLP
700 Sixth Street NW, Suite 700
Washington, D.C. 20001-3980
Telephone:  (202) 383-0100
Facsimile:  (202) 637-3593

Attorneys for Defendant TD Ameritrade, Inc.

MARKOWITZ HERBOLD PC

David. B Markowitz
DavidMarkowitz@MarkowitzHerbold.com
Jeffrey M. Edelson,
JeffEdelson@MarkowitzHerbold.com
Chad M. Colton,
ChadColton@MarkowitzHerbold.com
1211 S.W. Fifth Avenue, Suite 3000
Portland, OR 97204
Telephone: 503-295-3085

-And –

Brad D. Brian,
Brad.brian@mto.com
Bruce A. Abbott,
Bruce.abbott@mto.com
Kevin L. Brady
Kevin.Brady@mto.com
Trevor N. Templeton
Trevor.templeton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100

Attorneys for Defendant Sidley Austin LLP


LANE POWELL PC

Milo Petranovich,
Peter D. Hawkes,
SreeVamshi C. Reddy,
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

Attorneys for Defendant Integrity Bank & Trust

K&L GATES LLP

Philip S. Van Der Weele,
phil.vanderweele@klgates.com
One SW Columbia Street, Suite 1900
Portland, OR 97258
Phone: 503-228-3200

Attorneys for Defendant Tonkon Torp LLP


*/s/ William J. Trach*
William J. Trach